**Order filed, April 19, 2013.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

—————

## NO. 14-13-00148-CR

—————

**DIANA E. RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 05-DCR-043094**

---

## ORDER

The reporter's record in this case was due March 11, 2013. *See* Tex. R. App. P. 35.1. On March 06, 2013 Karen Romeo Rothman filed a motion for extension of time to file the record which was granted to April 10, 2013. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Karen Romeo Rothman, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM